Manish Patel
105 Dansfield Lane
Chadds Ford, PA 19317
Telephone: (302) 562-6666
Email: manish1166@gmail.com

Date: 10/07/2026

The Honorable Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Submitted through the Clerk of Court

**Re: Manish Patel v. New Jersey State Judiciary, et al.**
**Civil Action No. 3:26-cv-12282-GC-JBD**
**Status Letter Concerning Amended Complaint and Planned State Motion**

Dear Judge Castner:

On October 1, 2026, I submitted my First Amended Complaint through ADS. Together with Anil Patel, I have prepared a state-court motion seeking leave, to the extent required, to maintain the identified federal claims against former Receiver Jonathan I. Rabinowitz.

The planned motion will be presented to Judge Robert A. Ballard, Jr., in the Superior Court of New Jersey, Law Division, Somerset County, under SOM-L-386-11. It requests permission under paragraph 22 of the November 7, 2016 appointment order and Barton v. Barbour, to the extent applicable, including related receiver-role claims against Rabinowitz, Lubetkin & Tully, L.L.C. Each movant appears only on his own behalf.

The state motion has been prepared but has not yet been filed or decided. No leave has been granted. The requested order would preserve existing state orders and all defenses, leaving federal jurisdiction, amendment timeliness and the effect of prior filings to this Court. I will provide a further status notice with the filed motion and any resulting order when available.

This letter is submitted solely to inform the Court of the planned state-court motion for leave. I am not requesting a stay, an extension of any deadline, or any other relief through this letter.

Respectfully submitted,

**/s/ Manish Patel**

Manish Patel
Plaintiff Pro Se

cc: Counsel of record and parties entitled to notice